In the Matter of the TITLE, BALLOT TITLE, SUBMISSION CLAUSE, AND SUMMARY FOR the PROPOSED CONSTITUTIONAL AMENDMENT CONCERNING "1996–15".

Buford F. RICE and James L. Brandon, Petitioners,

v.

Ruth WRIGHT and Dee Wisor, Respondents,

and

Title Board; and Victoria Buckley, Rebecca Lennahan, and Richard Westfall, as members of said board, Title Setting Board.

No. 96SA180.

Supreme Court of Colorado, En Banc.

June 17, 1996.

Carlson, Hammond & Paddock, L.L.C., Melanie Kopperud Backes, Denver, Berry & Singer, John Berry, Denver, for Petitioners.

Powers Phillips, P.C., Richard W. Daily, Denver, Berenbaum, Weinshienk & Eason, David R. Eason, Denver, for Respondents.

Gale A. Norton, Attorney General, Stephen K. ErkenBrack, Chief Deputy Attorney General, Timothy M. Tymkovich, Solicitor General, Maurice G. Knaizer, Deputy Attorney General, State Services Section, Denver, for Title Setting Board.

Schenk, Kerst & deWinter, P.C., John R. Schenk, Glenwood Springs, for Amicus Curiae Jeffrey Carlson.

PER CURIAM.

This case has been heard and reviewed by the court. Chief Justice Vollack, Justice Mullarkey, and Justice Hobbs favor approval of the action of the Title Setting Board. Justice Lohr, Justice Kirshbaum, and Justice Scott are in favor of disapproving the action of the Title Setting Board. Justice Kourlis did not participate.

The court is equally divided with one justice not participating. Accordingly, the action of the Title Setting Board is approved by operation of law. C.A.R. 35(e).

KOURLIS, J., does not participate.